UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GWENDOLYN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13CV1850 RWS |
| ) | |
| LENDER PROCESSING ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on my review of the joint proposed scheduling plan.  The parties did not comply with my Order Setting Rule 16 conference because they did not provide actual dates as requested.  Agreeing to file something "within x number of days" of something else happening, ie., filing an answer, is not an actual deadline.  The parties shall file a revised joint proposed scheduling plan that contains **actual dates** for joinder and amendment, initial disclosures, discovery etc.  Agreeing to file something after the Court rules on a partial pending motion to dismiss or a dispositive motion does not constitute compliance with this Order or the Order Setting Rule 16 conference, either, so don't do it.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a revised joint

proposed scheduling plan that complies with this Order and the Order Setting Rule 16 conference by noon tomorrow or face sanctions.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of October, 2013.